■ FRANK DiGAETANO, Appellant, v ALLYN SIELAFF, as Correction Commissioner of the City of New York, Respondent.—Order and judgment (one paper), Supreme Court, New York County (Myriam J. Altman, J.), entered November 15, 1991, which denied petitioner's application for a judgment pursuant to CPLR article 78 annulling respondent's determination to terminate his probationary employment ·as a Correction Officer, and granted respondent's cross-motion to dismiss the petition, unanimously affirmed, without costs.

A probationer's employment may be terminated at any time during the probationary period, without any statement of reasons or a hearing, and the determination will be upheld unless petitioner demonstrates that he was terminated in bad faith or for an impermissible purpose *(Matter of Montero v Lum,* 68 NY2d 253, 261). No such showing was made here. Concur—Murphy, P. J., Carro, Ellerin, Asch and Smith, JJ.